# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MERI PETROSYAN,

                Petitioner,

    v.

PAMELA BONDI, et. al.,

                Respondents.

Case No. 5:25-03240-CV(AS)

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is GRANTED.

Dated: 3/20/26

*Cynthia Valenzuela*

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE